FILED: May 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1570
(8:20-cv-00656-GJH)

_____

ROSSI WADE & DAUGHTER (JANE DOE)

      Plaintiff - Appellant

v.

TRUIST BANK; SUNTRUST BANK AND BB&T MERGER (12/6/19); SUNTRUST "TRUIST" BANK; SUNTRUST CORP.; SUNTRUST HOLDINGS; KELLY S. KING, Truist Bank's Chairman & CEO; WILLIAM H. ROGERS, Truist Bank's President & CEO; JENNIFER S. BANNER, Member, Truist Bank Board of Directors; K. DAVID BOYER, JR., Member, Truist Bank Board of Directors; AGNES BUNDY SCALAN, Member, Truist Bank Board of Directors; ANNA R. CABLIK, Member, Truist Bank Board of Directors; PAUL R. GARCIA, Member, Truist Bank Board of Directors; DALLAS S. CLEMENT, Member, Truist Bank Board of Directors; PAUL D. DONAHUE, Member, Truist Bank Board of Directors; PATRICK C. GRANEY, III, Member, Truist Bank Board of Directors; LINNIE M. HAYNESWORTH, Member, Truist Bank Board of Directors; EASTER A. MAYNARD, Member, Truist Bank Board of Directors; DONNA S. MOREA, Member, Truist Bank Board of Directors; CHARLES A. PATTON, Member, Truist Bank Board of Directors; NIDO R. QUEBEIN, Member, Truist Bank Board of Directors; DAVID M. RATCLIFFE, Member, Truist Bank Board of Directors; FRANK O. SCRUGGS, JR., Member, Truist Bank Board of Directors; CHRISTINE SEARS, Member, Truist Bank Board of Directors; THOMAS E. SKAINS, Member, Truist Bank Board of Directors; BRUCE L. TANNER, Member, Truist Bank Board of Directors; THOMAS N. THOMPSON, Member, Truist Bank Board of Directors; STEVEN C. VOORHEES, Member, Truist Bank Board of Directors; MAURICE STEWARD, Branch Manager; JODI MEADOWS, Operations Manager; STEPHON CUMBERBATCH, Branch Manager; CYNTHIA WILLIAMS, Executive Manager

Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:20-cv-00656-GJH |
| Date notice of appeal filed in originating court: | 05/10/2021 |
| Appellant(s) | Rossi Wade |
| Appellate Case Number | 21-1570 |
| Case Manager | Rachel J Lee<br>804-916-2702 |